UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:	Case No. 22-42878

EDREN L. DAVIS,	Chapter 13

        Debtor.	Judge Thomas J. Tucker
_____/

**ORDER DISMISSING CASE**

On April 11, 2021, the following documents were filed by an attorney for Edren L. Davis:

- Summary of Your Assets and Liabilities and Certain Statistical Information;
- Schedules A/B, C, D, E/F, G, H, I, and J;
- Declaration About an Individual Debtor's Schedules;
- Statement of Financial Affairs for Individuals Filing for Bankruptcy;
- Statement of Attorney for Debtor(s) Pursuant to F.R.Bankr.P. 2016(b);
- Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy; and
- Verification of Creditor Matrix

(Docket # 1, the "Documents.") The filing attorney caused the docket entry for the Documents to state that they were a bankruptcy petition. But that docket entry is inaccurate: no bankruptcy petition was actually filed under that docket entry. Because no voluntary petition was filed, no bankruptcy case was commenced. *See* 11 U.S.C. § 301(a) ("A voluntary case under a chapter of this title is commenced by the filing with the bankruptcy court of a petition under such chapter by an entity that may be a debtor under such chapter.")

The attorney for Mr. Davis later filed a document entitled "Cover Sheet for Amendments," which purported to amend the voluntary petition in this case, by attaching a voluntary petition under Chapter 13 (*see* Docket # 7). But because no voluntary petition had been filed at Docket # 1, no bankruptcy case was commenced, and there was no voluntary petition to amend. For these reasons,

IT IS ORDERED that this bankruptcy case is dismissed.

**Signed on April 13, 2022**



/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**